COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        George Wood v. Matthew D. Wiggins, Jr.

Appellate case number:      01-18-00630-CV

Trial court case number:    11-CV-0336

Trial court:                405th District Court of Galveston County

Appellant, George Wood, filed his appellant's brief and concurrently has filed an unopposed motion to exceed the word limit for a brief by 3,300 words. Computer-generated appellate briefs are limited to 15,000 words unless the Court grants a request to exceed the word limit. TEX. R. APP. P. 9.4(i)(2)(B), (4). Appellant's certificate of compliance, which is attached to his brief, states that appellant's 105-page brief contains 2,622 words. *See* TEX. R. APP. P. 9.4(i)(3). Our cursory review of appellant's brief indicates that it exceeds 20,000 words, *see* TEX. R. APP. P. 9.4(i)(1), which is greater than the 18,300 words that appellant requested.

Accordingly, we **strike** appellant's brief. We **order** appellant to file a brief that does not exceed 18,000 words within 15 days of the date of this order.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                      ☑ Acting individually    ☐ Acting for the Court

Date: January 9, 2020